AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
## Central District of Illinois

| | |
|---|---|
| United States of America and the State of Illinois ex rel., Lorine Lagatta, M.D. *Plaintiff* <br> v. <br> Reditus Laboratories Tri-County Pathology, et al. *Defendant* | ) <br> ) <br> ) Case No. 1:22-cv-01203 <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lorine Lagatta, M.D.

Date: 9/23/2022

/s/Robin Potter
*Attorney's signature*

Robin Potter    Bar No. 3123932
*Printed name and bar number*

Fish Potter Bolaños, P.C.
111 E. Wacker Drive, Suite 2300
Chicago, IL 60601
*Address*

rpotter@fishlawfirm.com
*E-mail address*

(312) 861-1800
*Telephone number*

(630) 778-0400
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| _____ | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. |
| _____ | ) | |
| *Defendant* | ) | |

CERTIFICATE OF SERVICE

I certify that on _____, I electronically filed the foregoing with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

_____,

and I certify that I have mailed by the United States Postal Service the document to the following non CMECF participants:

_____.

/s/Robin Potter
*Attorney's signature*

Robin Potter   Bar No. 3123932
*Printed name and bar number*

Fish Potter Bolaños, P.C.
111 E. Wacker Drive, Suite 2300
Chicago, IL 60601
*Address*

rpotter@fishlawfirm.com
*E-mail address*

(312) 861-1800
*Telephone number*

(630) 778-0400
*Fax number*