# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.*, LORINE LAGATTA, | ) ) ) |
| Plaintiff/Relator, | ) ) Case No. 22-cv-1203 |
| v. | ) ) ) Judge Sara Darrow |
| REDITUS LABORATORIES LLC, et al. | ) ) |
| Defendants. | ) |

## **MOTION TO WITHDRAW**

Attorney Patrick Cowlin respectfully moves to withdraw as counsel because he is no longer employed at the firm representing Plaintiffs, Workplace Law Partners, P.C. (f/k/a Fish Potter Bolaños, P.C.). David Fish and/or other lawyers at Workplace Law Partners, P.C. will remain counsel for the Plaintiff/Relator in this matter.

WHEREFORE, for the above and foregoing reasons, Patrick Cowlin respectfully requests that this Honorable Court grant him leave to withdraw as counsel for the Plaintiff/Relator.

Respectfully Submitted,

/s/ Patrick Cowlin

Patrick Cowlin
Hawks Quindel, S.C.
111 E. Wacker Drive, Suite 2300
Chicago, IL 60601
312-205-1702
pcowlin@hq-law.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing MOTION TO WITHDRAW was served upon all parties by e-filing with the Clerk of the Court using the CM/ECF system on October 18, 2024.

/s/ Patrick Cowlin
Patrick Cowlin